# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:11CR62** |
| vs. | ) | **ORDER** |
| **JOSE LUIS SANDOVAL ALARCON,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion for an extension of time by defendant Jose Luis Sandoval Alarcon (Alarcon) (Filing No. 18). Alarcon seeks until April 6, 2011, in which to file pretrial motions in accordance with the progression order. Upon consideration, the motion will be granted

**IT IS ORDERED:**

Defendant Alarcon's motion for an extension of time (Filing No. 18) is granted. Alarcon is given until **on or before April 6, 2011,** in which to file pretrial motions pursuant to the progression order.

DATED this 23rd day of March, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge